DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WILLIS v. WILLIS

No. 94 PC.

Case below: 44 N.C. App. 732.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.

WRAY v. HUGHES

No. 89 PC.

Case below: 44 N.C. App. 678.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.